# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **BRENDA PARRAMORE DAVIS, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:11-CV-1690-M** |
| | § | |
| **AMERICAN MORTGAGE** | § | |
| **NETWORK, INC., et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Although given the opportunity to do so, Plaintiffs have not timely filed an amended complaint as allowed by the recommendation. The Court thus assumes that Plaintiffs have pleaded their best case. *Defendant's Motion to Dismiss*, filed August 16, 2011 (doc. 8), is **GRANTED**, and all of Plaintiffs' claims against Defendant American Mortgage Network, Inc., are **DISMISSED** with prejudice as not stating a plausible claim for relief against this Defendant. *Defendant's Motion to Reurge Motion to Dismiss and Brief in Support*, filed November 29, 2011 (doc. 12), is **DENIED as moot**.

SIGNED this 16th day of February, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS