IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BRENDA PARRAMORE DAVIS, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-1690-M |
| | § | |
| **AMERICAN MORTGAGE NETWORK, INC., et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

By separate judgment, Plaintiffs' claims against Mortgage Electronic Registration System Inc. and Thomas E. Black will be **DISMISSED** without prejudice for failure to comply with Fed. R. Civ. P. 4(m).

**SIGNED** this 29th day of February, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BRENDA PARRAMORE DAVIS, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-1690-M |
| | § | |
| **AMERICAN MORTGAGE** | § | |
| **NETWORK, INC., et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, Plaintiffs' claims against Mortgage Electronic Registration System Inc. and Thomas E. Black will be **DISMISSED** without prejudice for failure to comply with Fed. R. Civ. P. 4(m).

**SIGNED** this ____ day of _____, 2012.

_____
**BARBARA M.G. LYNN**
**UNITED STATES DISTRICT JUDGE**